06/04/2009 10:16 FAX 9736225314                                                     ☒003/004
06/02/2009 13:10    2124062988         GLENN H RIPA ESQ                  PAGE 02
06/02/2009 14:46 FAX 9736225314                                          ☒003/004

RECEIVED

JUN 0 4 2009

AT 8:30_____M
WILLIAM T. WALSH, CLERK

McELROY, DEUTSCH, MULVANEY & CARPENTER, LLP
Three Gateway Center
100 Mulberry Street
Newark, New Jersey 07102
Thomas P. Scrivo, Esq.
Joshua A. Zielinski, Esq.
e-mail: tscrivo@mdmc-law.com
       jzielinski@mdmc-law.com
Telephone: (973) 622-7711
Facsimile: (973) 622-5314
Attorneys for Defendants
Union Telecard Alliance, LLC and IDT Telecom, Inc.

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| STX II, LLC, <br><br> Plaintiff, <br><br> v. <br><br> UNION TELECARD ALLIANCE, LLC and IDT TELECOM, INC., <br><br> Defendants. | Civil Action No. 09-cv-01549 (SRC/MAS) <br><br> **CONSENT ORDER EXTENDING TIME WITHIN WHICH DEFENDANTS MAY ANSWER OR OTHERWISE RESPOND** |

This matter having come before the Court on the application of Defendants Union Telecard Alliance, LLC and IDT Telecom, Inc. on notice to and with the consent of Plaintiff, STX II, LLC, and the Court having found that good cause exists for the entry of this Order:

It is on this 4th day of June, 2009,

**ORDERED** that the time within which Defendants may answer or otherwise respond to plaintiff's Complaint be and hereby is extended to June 22, 2009; and it is further

1279680-1

ORDERED that a copy of this Consent Order shall be served on the parties of record.

_____
                                    U.S.M.J.

The parties hereby consent to the form and entry of the within Order:

McELROY, DEUTSCH, MULVANEY & CARPENTER, LLP
Attorneys for Defendants
Union Telecard Alliance, LLC and
IDT Telecom, Inc.

By: _____
    Joshua A. Zielinski, Esq.
    Three Gateway Center
    100 Mulberry Street
    Newark, New Jersey 07102

GLENN H. RIPA, ESQ.
Attorney for Plaintiff
STX II, LLC

By: _____
    Glenn H. Ripa, Esq.

1279680-1