UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| STX II, LLC., <br><br> Plaintiff, <br><br> v. <br><br> UNION TELECARD ALLIANCE, LLC and IDT TELECOM, INC. <br><br> v. <br><br> Defendants/Third Party Plaintiffs, <br><br> DIAMOND PHONE CARD, INC., NASREEN GILANI, and RAFIQ GILANI, <br><br> Third Party Defendants. | **Civil Action No. 09-1549 (SRC)(MAS)** <br><br><br> **ORDER** |

**THIS MATTER** having come before this Court by Glenn H. Ripa, Esq.'s Motion for Leave to Withdraw as Counsel for Plaintiff and Third Party Defendants Diamond Phone Card, Inc., Nasreen Gilani and Rafiq Gilani ("Third Party Defendants") (Doc. No. 14); and the Third Party Defendants having advised Mr. Ripa via letter dated July 13, 2009 to cease all work on the above-captioned matter; and no opposition to Mr. Ripa's motion having been filed; and upon Plaintiff and Third Party Defendants' request to substitute Mr. Ripa with Eric Schneider, Esq. as counsel; and Eric Schneider, Esq. having been admitted *pro hac vice* by and through local counsel, the Law Offices of John M. Esposito (Doc. No. 16); and this Court finding that the parties shall not be prejudiced by Mr. Ripa's withdrawal; and for other good cause shown,

IT IS on this **16th** day of **March, 2010**,

**ORDERED THAT**:

1. Glenn H. Ripa, Esq. is hereby relieved as counsel for Plaintiff and Third Party Defendants Diamond Phone Card, Inc., Nasreen Gilani and Rafiq Gilani.

2. Eric Schneider, Esq. shall substitute Mr. Ripa as Third Party Defendants' counsel and shall appear and participate *pro hac vice* through local counsel, the Law Offices of John M. Esposito.

_____
**MICHAEL A. SHIPP**
**UNITED STATES MAGISTRATE JUDGE**